UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE NORTH OF ENGLAND P&I ASSOCIATION LTD.** | **CIVIL ACTION** |
| | NO:   2:15-cv-07018 |
| **VERSUS** | SECTION: J-2 |
| **FRILOT L.L.C.** | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| | JURY TRIAL REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED COMPLAINT FOR DAMAGES FOR LEGAL MALPRACTICE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Amended Complaint of North of England P&I Association Ltd. (NOE), a foreign Protection & Indemnity maritime underwriting association organized under the laws of England and Wales, with respect represents:

1.

Named additional plaintiff herein is Dampskibsselskabet Norden Aktieselskab (DNA), a company organized and based in the Kingdom of Denmark, which at all material times owned and operated the M/V NORD HUMMOCK.

2.

Named defendant herein is Frilot L.L.C., a Louisiana limited liability company formed for the purpose of providing professional legal services in Louisiana and elsewhere.

1

3.

Plaintiffs hereby re-allege and re-aver each allegation of law and fact contained in Paragraphs 2 through 20 of their Complaint for Damages for Legal Malpractice (Rec. Doc. 1) as if re-pled herein in their entirety.

4.

Plaintiffs amend Paragraph 4 of the Complaint for Damages to read as follows:

> At all material times, DNA and its vessel the M/V NORD HUMMOCK were insured by co-plaintiff NOE for the claims and causes of actions asserted by Duzar in his Petition for Damages.

5.

Plaintiffs amend Paragraph 18 of the Complaint for Damages to read as follows:

> As a result of defendant's failure to exercise the requisite degree of care, skill and diligence as alleged herein, plaintiffs suffered losses consisting of excessive and unnecessary legal fees and litigation costs and grossly inflated settlement of Duzar's personal injury case, all of which plaintiffs are entitled to recover from defendant Frilot L.L.C. pursuant to Louisiana law.

6.

Jurisdiction of this Honorable Court against the aforesaid defendant is based on the complete diversity of citizenship of the parties pursuant to 28 U.S.C. §1332(a)(1) and an amount in controversy far and in excess of $75,000, excluding costs and interest.

7.

Venue is proper in this District pursuant to 28 U.S.C. §1391 (b)(1) because defendant resides in this District.  Venue is also proper in this District pursuant to 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to plaintiffs' claims occurred in this District.

8.

Plaintiffs request trial by jury on all claims stated in their Complaint for Damages and Amended Complaint for Damages.

**WHEREFORE**, plaintiffs North of England P&I Association Ltd.  and Dampskibsselskabet Norden Aktieselskab pray for judgment against defendant Frilot L.L.C. and in their favor in an amount reasonable under the circumstances of this cause, plus all costs and interest as allowed by applicable law, and for a trial by jury on all claims and causes brought in the Complaint for Damages, Amended Complaint for Damages and to be brought by way of additional amended and/or supplemented complaint, and for any additional relief as the facts, law and equity may require.

    Respectfully submitted,

    /s/ Paul M. Sterbcow_____
    Paul M. Sterbcow (#17817)
    LEWIS, KULLMAN, STERBCOW & ABRAMSON
    601 Poydras Street, Suite 2615
    New Orleans, Louisiana 70130
    TEL:   (504) 588-1500
    FAX:   (504) 588-1514
    EMAIL: sterbcow@lksalaw.com

**PLEASE SERVE:**

**FRILOT L.L.C.**
Through its registered agent:
Mr. Miles P. Clements
1100 Poydras Street, Suite 3700
New Orleans, Louisiana