UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORTH OF ENGLAND P&I ASSOCIATION, LTD., ET AL | CIVIL ACTION |
| VERSUS | NO: 15-7018 |
| FRILOT, L.L.C. | SECTION "N" (5) |

**J U D G M E N T**

For the reasons set forth in the Court's Order and Reasons dated June 21, 2016 (Rec. Doc. No. 24); accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant, Frilot, L.L.C. and against plaintiffs, North of England P&I Association, Ltd and Dampskibsselskabet Norden Aktieselskab, dismissing plaintiffs complaint with prejudice.

New Orleans, Louisiana, this 23rd day of June, 2016.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE