UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE NORTH OF ENGLAND<br>  P&I ASSOCIATION LTD.<br>  and DAMPSKIBSSELSKABET NORDEN<br>  AKTIESELSKAB | CIVIL ACTION |
| VERSUS | NO.  15-7018 |
| FRILOT, L.L.C. | SECTION  "N" (5) |

## ORDER AND REASONS

For the reasons stated in Plaintiffs' motion (Rec. Doc. 26), and the Court's finding there to be no just reason for delay, **IT IS ORDERED** that Plaintiffs' motion to designate the Court's June 23, 2016 Judgment (Rec. Doc. 25), as final, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, is **GRANTED**.[1]

New Orleans, Louisiana, this 21st day of September 2016.

                                                    **KURT D. ENGELHARDT**
                                                    **United States District Judge**

---

[1] Rule 54(b) is pertinent here because the June 21, 2016 Order and Reasons and June 23, 2016 Judgment (Rec. Docs. 24 and 25) resolved only Plaintiffs' legal malpractice claims. Defendant's counterclaim seeking to recover unpaid legal fees and costs remains pending.

**Clerk to Copy:**

U. S. Magistrate Judge Michael B. North